**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| VITO P. PAPARIELLO,<br><br>        Plaintiff,<br><br>   v.<br><br>ABSOLUTE RESOLUTIONS<br>INVESTMENTS, LLC,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 21-314<br>)<br>)<br>)<br>) |

**JUDGMENT ORDER**

AND NOW, this 20th day of February 2024, the Court having granted Defendant's summary judgment motion by separate Memorandum Opinion and Order of Court on this date,

IT IS FURTHER ORDERED that final judgment of this Court is entered against Plaintiff pursuant to Rule 58 of the Federal Rules of Civil Procedure.

*s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

Cc/ecf:    All counsel of record